**Order entered December 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01064-CV

### LETERRENCE T. JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV-1800435-V**

## ORDER

By order dated November 13, 2018, the Court ordered the appeal be submitted without the reporter's record and set the deadline for appellant's brief. Before the Court is appellant's December 19, 2018 motion for an extension of time to file a brief. In the motion, appellant explains that he has requested preparation of the reporter's record and has filed a Statement of Inability to Afford Payment of Court Costs. On the Court's own motion, we **VACATE** this Court's November 13 order. We **ORDER** Deborah Slovak, Official Court Reporter for the 292nd Judicial District Court, to file the reporter's record by **January 21, 2019**.

We **DENY** appellant's motion for an extension of time to file a brief as premature. Appellant's brief will be due thirty days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a)(2).

/s/     ADA BROWN
        JUSTICE